UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION,**

          **Plaintiff,**

      -v-             5:08-CV-1019 (NAM/DEP)

**KARENKIM, INC. d/b/a PAUL'S BIG M,**

          **Defendant.**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:

Equal Employment Opportunity Commission
Elizabeth Grossman, Esq., of counsel
Judy A. Keenan, Esq., of counsel
33 Whitehall Street, 5th Floor
New York , New York 10004

Satter & Andrews, LLP
Matthew Bergeron, Esq., of counsel
217 S. Salina Street, 6th Floor
Syracuse, New York 13202
Attorneys for Plaintiffs-Intervenors

Antonucci Law Firm LLP
David P. Antonucci, Esq., of counsel
The Bonadio Building
12 Public Square
Watertown, New York 13601
Attorney for Defendant

**Hon. Norman A. Mordue, Chief U.S. District Judge:**

# ORDER

Plaintiff, Equal Employment Opportunity Commission ("EEOC"), filed this action (Dkt. No. 1) under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Andrea Bradford, Judith Goodrich, and Deborah Haskins, and a class of similarly situated female

employees. Andrea Bradford, Judith Goodrich, and Deborah Haskins move (Dkt. No. 7) to intervene in this action as a matter of right. Fed. R. Civ. P. 24(a)(1); 42 U.S.C. § 2000e-5(f)(1). By letter (Dkt. No. 9), defendant states it does not oppose the motion. Plaintiff EEOC raises no objection.

It is therefore

ORDERED that the motion to intervene (Dkt. No. 7) is granted; and it is further

ORDERED that plaintiffs-intervenors shall file and serve the proposed intervention complaint attached to their motion papers within 10 days of the date of this order, and defendant shall answer or move within 20 days thereafter.

IT IS SO ORDERED.

December 4, 2008
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge