AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | NEW YORK |

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
MAY 11 2011
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

Equal Employment Opportunity
Commission, et al,

**CORRECTED JUDGMENT IN A CIVIL CASE**

V.

Karenkim, Inc, *d/b/a Paul's Big M*; Allen
Manwaring; and Karen Connors

Case Number:    5:08-CV-1019 (NAM/DEP)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the jury finds that KarenKim, Inc., is legally responsible for creating or maintaining a sexually hostile work environment as to Emily Anderson; Lorraine Baldwin Warren; Amanda Cole; Anna Miller; Abigail Murray; Rachel Sivers Johnson; Meghan Whitmarsh; Andrea Bradford; Judith Goodrich; and Deborah Haskins and awards compensatory damages; and that Allen Manwaring is legally responsible for creating or maintaining a sexually hostile work environment as to Andrea Bradford; Judith Goodrich; and Deborah Haskins and award compensatory damages as follows:  Emily Anderson  - $750.00; Lorraine Baldwin Warren - $250.00; Amanda Cole - $2,050.00; Anna Miller - $1,230.00; Abigail Murray - $675.00; Rachel Sivers (Johnson) - $500.00; Meghan Whitmarsh - $1,000.00; Andrea Bradford - $1,900.00; Judith Goodrich - $950.00; and Deborah Haskins  - $775.00;  that KarenKim, Inc., did act with malice or reckless indifference to the federally protected rights as to: Emily Anderson; Lorraine Baldwin Warren; Amanda Cole; Anna Miller; Abigail Murray; Rachel Sivers Johnson; Meghan Whitmarsh; Andrea Bradford; Judith Goodrich; and Deborah Haskins and awards punitive damages as follows: Emily Anderson  - $64,553.00; Lorraine Baldwin Warren - $23,474.00; Amanda Cole - $176,056.00; Anna Miller - $211,267.00; Abigail Murray - $70,422.00; Rachel Sivers (Johnson) - $105,633.00; Meghan Whitmarsh - $105,633.00; Andrea Bradford - $187,793.00; Judith Goodrich - $246,478.00; and Deborah Haskins  - $58,691.00.

May 11, 2011
Date

Lawrence K. Baerman
Clerk

*Judi L Roberts* (signature)

Judi L. Roberts, Courtroom Clerk to
Chief Judge Norman A. Mordue