# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

_____
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
                                          Plaintiff

   vs.                                                   Civil Action No.: 5:08-CV-1019
                                                                 (NAM/DEP)
KARENKIM, INC., d/b/a PAUL'S BIG M

                                          Defendant
_____
ANDREA BRADFORD, JUDITH GOODRICH
and DEBORAH HASKINS

                                    Plaintiff-Intervenors

   vs.

KARENKIM, INC., d/b/a PAUL'S BIG M, d/b/a
PAUL'S BIG M GROCERY, KAREN CONNORS
and ALLEN MANWARING, Individually and as
aiders and abettors
                                          Defendants
_____

**Decision by Court.** This action came to trial and hearing before the Court. The issues have been tried and heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the jury finds KarenKim, Inc., to be legally responsible for creating or maintaining a sexually hostile work environment as to Emily Anderson, Lorraine Baldwin Warren, Amanda Cole, Anna Miller, Abigail Murray, Rachel Sivers Johnson, Meghan Whitmarsh, Andrea Bradford, Judith Goodrichm and Deborah Haskins and awards compensatory damages; and that Allen Manwaring is legally responsible for creating or maintaining a sexually hostile work environment as to Andrea Bradford, Judith Goodrich, and Deborah Haskins and awards compensatory damages.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff-Intervenors are awarded $41,387.38 in costs and attorneys fees. The Corrected Judgment entered on the 11th day of May, 2011 is amended to reduce the amounts awarded by the jury to reflect the impact of Title VII's legal cap on damages as follows:

Emily Anderson: $50,000.00 (consisting of $750 in compensatory damages and $49,250.00 in punitive damages);

Andrea Bradford: $51,900.00 (consisting of $1,900 in compensatory damages and $50,000.00 in punitive damages);

Amanda Cole: $50,000.00 (consisting of $2,050 in compensatory damages and $47,950.00 in punitive damages);

Judith Goodrich: $50,950.00 (consisting of $950 in compensatory damages and $50,000.00 in punitive damages);

Deborah Haskins: $50,775.00 (consisting of $775 in compensatory damages and $50,000.00 in punitive damages);

Rachel (Sivers) Johnson: $50,000.00 (consisting of $500 in compensatory damages and $49,500.00 in punitive damages);

Anna Miller: $50,000.00 (consisting of $1,230.00 in compensatory damages and $48,770.00 in punitive damages);

Abigail Murray: $50,000.00 (consisting of $675 in compensatory damages and $49,325.00 in punitive damages);

Lorraine (Baldwin) Warren: $23,724.00 (consisting of $250 in compensatory damages and $23,474 .00 in punitive damages); and

Meghan Whitmarsh: $50,000.00 (consisting of $1,000 in compensatory damages and $49,000.00 in punitive damages).

Costs were taxed in this matter in the amount of $7,559.03 on the 14th day of February, 2011.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Chief District Judge Norman A. Mordue, dated the 16th day of June, 2011.

DATED: June 17, 2011

Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk