UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## SECOND AMENDED JUDGMENT IN A CIVIL CASE

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
                              Plaintiff

   vs.                                                Civil Action No.: 5:08-CV-1019
                                                                         (NAM/DEP)

KARENKIM, INC., d/b/a PAUL'S BIG M

                              Defendant

ANDREA BRADFORD, JUDITH GOODRICH
and DEBORAH HASKINS

                              Plaintiff-Intervenors

   vs.

KARENKIM, INC., d/b/a PAUL'S BIG M, d/b/a
PAUL'S BIG M GROCERY, KAREN CONNORS
and ALLEN MANWARING, Individually and as
aiders and abettors
                              Defendants

**Decision by Court.** This action came to trial and hearing before the Court. The issues have been tried and heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the jury finds KarenKim, Inc., to be legally responsible for creating or maintaining a sexually hostile work environment as to Emily Anderson, Lorraine Baldwin Warren, Amanda Cole, Anna Miller, Abigail Murray, Rachel Sivers Johnson, Meghan Whitmarsh, Andrea Bradford, Judith Goodrichm and Deborah Haskins and awards compensatory damages; and that Allen Manwaring is legally responsible for creating or maintaining a sexually hostile work environment as to Andrea Bradford, Judith Goodrich, and Deborah Haskins and awards compensatory damages.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff-Intervenors are awarded $41,387.38 in costs and attorneys fees. The corrected amounts awarded by the jury to reflect the impact of Title VII's legal cap on damages are as follows:

Emily Anderson: $50,000.00 (consisting of $750 in compensatory damages and $49,250.00 in punitive damages);

Andrea Bradford: $51,900.00 (consisting of $1,900 in compensatory damages and $50,000.00 in punitive damages);

Amanda Cole: $50,000.00 (consisting of $2,050 in compensatory damages and $47,950.00 in punitive damages);

Judith Goodrich: $50,950.00 (consisting of $950 in compensatory damages and $50,000.00 in punitive damages);

Deborah Haskins: $50,775.00 (consisting of $775 in compensatory damages and $50,000.00 in punitive damages);

Rachel (Sivers) Johnson: $50,000.00 (consisting of $500 in compensatory damages and $49,500.00 in punitive damages);

Anna Miller: $50,000.00 (consisting of $1,230.00 in compensatory damages and $48,770.00 in punitive damages);

Abigail Murray: $50,000.00 (consisting of $675 in compensatory damages and $49,325.00 in punitive damages);

Lorraine (Baldwin) Warren: $23,724.00 (consisting of $250 in compensatory damages and $23,474 .00 in punitive damages); and

Meghan Whitmarsh: $50,000.00 (consisting of $1,000 in compensatory damages and $49,000.00 in punitive damages).

Costs were taxed in this matter in the amount of $7,559.03 on the 14th day of February, 2011.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff and Plaintiff-Intervenors are awarded injunctive relief as follows:

 KarenKim, its managers, officers, agents, parent organizations, successors, purchasers, assigns, subsidiaries, affiliates, and any corporation or entity into which KarenKim may merge or with which KarenKim may consolidate, are permanently enjoined from:
  (a) rehiring Allen Manwaring;
  (b) employing and/or compensating Allen Manwaring in any capacity, whether as an employee, independent contractor, or consultant;
  (c) allowing Allen Manwaring to provide any services, whether paid or unpaid, to KarenKim or otherwise engage in any activities related to the store; and
  (d) allowing Allen Manwaring to enter KarenKim's building at 276 West 1st Street, Oswego, New York, except to the extent that KarenKim may purchase produce from Allen Manwaring; and
  (e) KarenKim will substitute the sexual harassment policy currently in Paul's Big M "Employee Handbook" at Section 207 and 207-A for the text attached hereto as Exhibit B, Anti-Harassment Policy and Complaint Procedures.  KarenKim must distribute the amended policy to each current employee.  KarenKim will distribute the amended policy to any new employees within seven days of hire.  KarenKim must also immediately post the new policy in its break room in a manner easily visible to all employees.

All of the above pursuant to the Memorandum-Decision and Order of Senior U.S. District Judge Norman A. Mordue, dated the 24th day of September, 2013.

DATED: September 26, 2013

_____
Clerk of Court

_____
Deputy Clerk